

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
                    (State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  New Chance LLC

2. **All other names debtor used in the last 8 years**  N/A
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  92-2649229

4. **Debtor's address**

   **Principal place of business**
   578 Washington Blvd
   Number    Street
   #833
   Los Angeles    CA    90292
   City    State    ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**
   N/A
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**  N/A

Debtor    **New Chance LLC**                                                     Case number (if known)_____
              Name

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☒ No |
|---|---|---|
|   | If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When ___/___/_____ Case number _____ |
|   |   |                  MM / DD / YYYY |
|   |   | District _____ When ___/___/_____ Case number _____ |
|   |   |                  MM / DD / YYYY |

Official Form 201              Voluntary Petition for Non-Individuals Filing for Bankruptcy              page 2

Debtor    **New Chance LLC**    Case number (if known) _____
          Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
          District _____ When _____
                                    MM / DD / YYYY
          Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☐ No
    ☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☑ Other **Delinquent**

    **Where is the property?** 4767 N CEDAR AVE APT 108
                               Number    Street

    FRESNO                          CA    93726
    City                          State  ZIP Code

    **Is the property insured?**
    ☑ No
    ☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ☐ Funds will be available for distribution to unsecured creditors.
    ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor **New Chance LLC**
_____
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/28/2025
MM / DD / YYYY

X _/s/_____     _Armando Contreras_____
Signature of authorized representative of debtor       Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____       Date  _____
Signature of attorney for debtor             MM  / DD / YYYY

**N/A**
Printed name

_____
Firm name

_____
Number    Street

_____
City                                State    ZIP Code

_____
Contact phone              Email address

_____
Bar number              State

**Fill in this information to identify the case:**

Debtor name: New Chance LLC

United States Bankruptcy Court for the: Central District of CA (State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PHH Mortgage<br>P.O. Box 24736, West Palm Beach, FL 33416 | PHH Mortgage<br>(877) 744-2506<br>customercare@mortgagefamily.com | Loan | | $663,957.00 | $663,957.00 | $663,957.00 |
| 2 | Gregory Funding<br>13190 SW 68TH Pkwy, Ste 200, Tigard, OR, 97223 | Gregory Funding<br>(866) 712-5698<br>info@gregoryfunding.com | Loan | | $704,740.00 | $704,740.00 | $704,740.00 |
| 3 | Select Portfolio Servicing<br>P.O. Box 65250, Salt Lake City, UT 84165 | Select Portfolio Servicing<br>(800) 258-8602<br>customerservice@spservicing.com | Loan | | $104,894.00 | $104,894.00 | $104,894.00 |
| 4 | Shellpoint Mortgage Servicing<br>75 Beattie Pl #300, Greenville, SC 29601 | Shellpoint Mortgage Servicing<br>(800) 365-7107<br>customerservice@shellpo | Loan | | $507,155.00 | $507,155.00 | $507,155.00 |
| 5 | Mr.Cooper<br>PO Box 650783<br>Dallas, TX 75265 | Mr.Cooper<br>(888) 480-2432<br>research@mrcooper.com | Loan | | $915,758.00 | $915,758.00 | $915,758.00 |
| 6 | Dovenmuehle Mortgage<br>1 Corporate Dr Ste 360, Lake Zurich, IL 60047 | Dovenmuehle Mortgage<br>(800) 669-4268<br>customerservice@dmicorp.com | Loan | | $212,162.00 | $212,162.00 | $212,162.00 |
| 7 | County of San Diego<br>9225 Clairemont Mesa Blvd, San Diego, CA 92123 | County of San Diego<br>(619) 236-3771<br>ARCCHELP@sdcounty.ca.gov | Government Debt | | $4,471.00 | $4,471.00 | $4,471.00 |
| 8 | County of Fresno<br>2281 Tulare St, Fresno, CA 93721 | County of Fresno<br>(559) 600-3534<br>assessorWebmail@fresnocountyca.gov | Government Debt | | $2,664.00 | $2,664.00 | $2,664.00 |

Debtor: **New Chance LLC**

Case number (if known): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | County of Contra Costa<br>2530 Arnold Dr #100,<br>Martinez, CA 94553 | County of Contra Costa<br>(925) 313-7400 | Government Debt | | $10,590.00 | $10,590.00 | $10,590.00 |
| 10 | County of Orange<br>500 S Main St 2nd floor,<br>Orange, CA 92868 | County of Orange<br>(714) 834-2727 | Government Debt | | $2,827.00 | $2,827.00 | $2,827.00 |
| 11 | County of Solano<br>675 Texas Street, Suite 2700<br>Fairfield Ca 94533 | County of Solano<br>(707) 784-6210<br>Assessor@solanocounty.com | Government Debt | | $1,740.00 | $1,740.00 | $1,740.00 |
| 12 | County of Santa Clara<br>130 West Tasman Drive<br>San Jose, CA 95134 | County of Santa Clara<br>(408) 299-5500<br>Assessor@asr.sccgov.org | Government Debt | | $1,918.00 | $1,918.00 | $1,918.00 |
| 13 | Morenos Construction<br>408 N St Louis St,<br>Los Angeles, CA 90033 | Morenos Contruction<br>(424) 247-2340<br>Morenosconstruction@gmail.com | Trade Debt | | $141,871.53 | $141,871.53 | $141,871.53 |
| 14 | Manuel Panilag<br>2533 Logsden Way San Jose, CA 95122 | Manuel Panilag<br>(408) 623-6000<br>manuelpanilag@gmail.com | Disputed - Prejudment Writ to Attached Order | Disputed | $1,005,000.00 | $1,005,000.00 | $1,005,000.00 |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>New Chance LLC<br>578 Washington Blvd #833<br>Marina Del Ray CA, 90292<br>(424) 330-8100<br>mapaladbuhay@yahoo.com | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\*** ||
| In re:<br>New Chance LLC<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>N/A</u>.

2. The following financial data is the latest available information and refers to the debtor's condition on <u>04/28/2025</u>.
   a. Total assets                                                         $ <u>3,310,131.00</u>
   b. Total debts (including debts listed in 2.c., below)    $ <u>4,279,747.53</u>
   c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

   d. Number of shares of preferred stock <u>N/A</u>
   e. Number of shares of common stock <u>N/A</u>
   Comments, if any: [illegible/redacted]

3. Brief description of the Debtor's business: Real Estate

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:
   Armando Contreras

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>New Chance LLC<br>578 Washington Blvd #833<br>Marina Del Ray CA, 90292<br>(424) 330-8100<br>mapaladbuhay@yahoo.com<br><br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re:<br>New Chance LLC<br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Armando Contreras_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F 1007-4 CORP OWNERSHIP STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation
   ☐ I am a party to an adversary proceeding
   ☐ I am a party to a contested matter
   ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____
   _____
   _____

   [For additional names, attach an addendum to this form.]

b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 04/28/2025

By: _____
Signature of Debtor, or attorney for Debtor

Name: _____
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F 1007-4 CORP OWNERSHIP STMT

**United States Bankruptcy Court**
**Central District of California**

In re **New Chance LLC**                                          Case No. _____

                                    Debtor(s)           Chapter _____**11**_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, New Chance, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

New Chance LLC ("DTC") owns 100% of the Debtor.

☐ None [*Check if applicable*]

_____**04/28/2025**_____                                   _____
Date                                                                                     New Chance LLC

**United States Bankruptcy Court**
**Central District of California**

In re **New Chance LLC** _____   Case No. _____

                              Debtor(s)   Chapter _____**11**_____

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, Armando Contreras, declare under penalty of perjury that I am the Managing Member of New Chance, LLC, the 100% majority interest holder of New Chance LLC which in turn owns 100% of New Chance, LLC (the "Company") and that the following is a true and correct copy of the resolutions adopted by the Members of said Company at a special meeting duly called and held on the 28th day of April, 2025.

    "Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that Armando Contreras is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

    Be It Further Resolved, that Armando Contreras is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

Date _____**04/28/2025**_____   Signed _[signature]_____

                                                                 New Chance LLC

Resolution of Members

of

**New Chance, LLC**

Whereas, it is in the best interest of New Chance, LLC (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Armando Contreras, the Managing Member of New Chance, LLC, the 100% majority interest holder of New Chance LLC which in turn owns 100% of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Armando Contreras is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Date _____**04/28/2025**_____          Signed _____

                                          New Chance LLC

PHH Mortgage
PO Box 24736
West Palm Beach, FL 33416


Gregory Funding
13190 SW 68TH Pkwy Ste 200
Tigard, OR, 97223


Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165


Shellpoint Mortgage Servicing
75 Beattie Pl #300
Greenville, SC 29601


Mr.Cooper
PO Box 650783
Dallas, TX 75265


Dovenmuehle Mortgage
1 Corporate Dr Ste 360
Lake Zurich, IL 60047


County of San Diego
9225 Clairemont Mesa Blvd
San Diego, CA 92123


County of Fresno
2281 Tulare St
Fresno, CA 93721

County of Contra Costa
2530 Arnold Dr #100
Martinez, CA 94553


County of Orange
500 S Main St 2nd floor
Orange, CA 92868


County of Solano
675 Texas Street Suite 2700
Fairfield, CA 94533


County of Santa Clara
130 West Tasman Drive
San Jose, CA 95134


Morenos Construction
408 N St Louis St
Los Angeles, CA 90033


Manuel Panilag
2533 Logsden Way
San Jose, CA 95122